United States District Court
Southern District of Texas
**ENTERED**
February 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS A. MARTINEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-3733 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| DEPARTMENT OF VETERANS | § | |
| AFFAIRS OFFICE, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Plaintiff, Thomas A. Martinez ("Martinez"), is suing the United States Department of Veterans Affairs ("the VA") for providing inadequate lung cancer treatment. (Dkt. 1). Before filing this case, Martinez filed two other lawsuits against the VA in the Southern District of Texas. *See* Southern District of Texas case numbers 4:25-CV-1503 and 4:25-CV-3732. Martinez has utilized the same complaint for all three cases. *Compare* Dkt. 1 *with* Southern District of Texas case number 4:25-CV-1503 at docket entry 1 *and* Southern District of Texas case number 4:25-CV-3732 at docket entry 1. The Court will **DISMISS** this case under the first-to-file rule.

*—The first-to-file rule*

"Under the first-to-file rule, when related cases are pending before two federal courts, the court in which the case was last filed may refuse to hear it if the issues raised by the cases substantially overlap." *Cadle Co. v. Whataburger of Alice, Inc.*, 174 F.3d 599, 603 (5th Cir. 1999). "The rule does not require the cases to be identical." *International*

*Fidelity Insurance Co. v. Sweet Little Mexico Corp.*, 665 F.3d 671, 678 (5th Cir. 2011). "Instead, the crucial inquiry is one of substantial overlap." *Id.* (quotation marks and brackets omitted). In deciding if a substantial overlap exists, the Fifth Circuit "has looked at factors such as whether the core issue was the same or if much of the proof adduced would likely be identical." *Id.* (quotation marks, ellipses, and footnote omitted). The Court may raise the first-to-file rule *sua sponte. Marks v. Mackey*, No. 6:14-CV-441, 2014 WL 3530137, at *2 & n.6 (W.D. La. July 15, 2014); *see also Salazar v. Bloomin' Brands, Inc.*, No. 2:15-CV-105, 2016 WL 1028371, at *1 (S.D. Tex. Mar. 15, 2016).

—*Analysis*

This case substantially overlaps with the two other cases filed by Martinez regarding his cancer treatment. Indeed, Martinez has used the same complaint in all three cases, and one of those cases has already been dismissed under the first-to-file rule. *See* Southern District of Texas case number 4:25-CV-3732 at docket entry 15. Since this case is the last filed of the three, the Court will respectfully refuse to hear it under the first-to-file rule.

—*Conclusion*

For the reasons stated above, the Court will *sua sponte* **DISMISS** this case under the first-to-file rule. All pending motions are **DENIED AS MOOT**.

**THIS IS A FINAL JUDGMENT**. Each party shall bear its own fees and costs.

SIGNED at Houston, Texas on ___February 17___ 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE